1 INHOUSE CO. LAW FIRM
Ali Kamarei, Esq. CA SBN 175977
2 Alexander Chen, Esq. CA SBN 245798
50 W. San Fernando Street, Ste. 900
3 San Jose, CA 95113
Tel: (408) 918-5393
4 Fax: (408) 918-5373
Email: alik@inhouseco.com; alexc@inhouseco.com
5 *Attorneys for Xiao Tian Zhang and Johnnie Chang*

**IT IS SO ORDERED**
/s/ Judge Edward J. Davila

3/19/2012

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIAO TIAN ZHANG, an individual; and JOHNNIE CHANG, an individual, <br><br> Plaintiffs. <br><br> v. <br><br> LU-I CHENG, an individual, <br><br> Defendant. | Case No. CV12-00573-EJD <br><br> **NOTICE OF DISMISSAL OF COMPLAINT** <br><br> **Honorable Edward J. Davalia** |

NOTICE IS HEREBY GIVEN that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs XIAO TIAN ZHANG and JOHNNIE CHANG voluntarily dismiss their Complaint against LU-I CHENG in the above-mentioned action without prejudice. Each party shall bear their own attorney's fees and costs. The Clerk shall close this file.

DATED: March 15, 2012          By:     /s/ Alexander Chen
                                       Alexander Chen, Esq.
                                       INHOUSE CO. LAW FIRM
                                       Knight Ridder bldg
                                       50 W. San Fernando St., Suite 900
                                       San Jose, CA 95113
                                       Tel: (408) 918-5393
                                       Fax:(408) 918-5373
                                       email: alexc@inhouseco.com

**NOTICE OF DISMISSAL OF COMPLAINT**

1

1                                                             *Attorney for Xiao Tian Zhang and Johnnie Chang*

**NOTICE OF DISMISSAL OF COMPLAINT**