INHOUSE CO. LAW FIRM
Ali Kamarei, Esq. CA SBN 175977
Alexander Chen, Esq. CA SBN 245798
50 W. San Fernando Street, Ste. 900
San Jose, CA 95113
Tel: (408) 918-5393
Fax: (408) 918-5373
Email: alik@inhouseco.com; alexc@inhouseco.com
*Attorneys for Xiao Tian Zhang and Johnnie Chang*

**IT IS SO ORDERED**
Judge Edward J. Davila

3/19/2012

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIAO TIAN ZHANG, an individual; and JOHNNIE CHANG, an individual, <br><br> Plaintiffs. <br><br> v. <br><br> LU-I CHENG, an individual, <br><br> Defendant. | Case No. CV12-00573-EJD <br><br> **NOTICE OF DISMISSAL OF COMPLAINT** <br><br> **Honorable Edward J. Davalia** |

NOTICE IS HEREBY GIVEN that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs XIAO TIAN ZHANG and JOHNNIE CHANG voluntarily dismiss their Complaint against LU-I CHENG in the above-mentioned action without prejudice. Each party shall bear their own attorney's fees and costs.  The Clerk shall close this file.

DATED: March 15, 2012                                By:    /s/ Alexander Chen
                                                                    Alexander Chen, Esq.
                                                                    INHOUSE CO. LAW FIRM
                                                                    Knight Ridder bldg
                                                                    50 W. San Fernando St., Suite 900
                                                                    San Jose, CA 95113
                                                                    Tel: (408) 918-5393
                                                                    Fax:(408) 918-5373
                                                                    email: alexc@inhouseco.com

**NOTICE OF DISMISSAL OF COMPLAINT**

1

1  
*Attorney for Xiao Tian Zhang and Johnnie Chang*

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF DISMISSAL OF COMPLAINT**

2